AO 10
Rev 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U S C app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Williams, Ann C | 2. Court or Organization<br><br>U.S. Court of Appeals 7th Cir | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>219 South Dearborn<br>Chicago, IL | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions )*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1 | Board of Directors | Equal Justice Works |
| 2 | Board of Trustees | National Institute for Trial Advocacy |
| 3 | Board of Directors | Federal Bar Association, Chicago Chapter |
| 4 | Board of Directors, Secretary | University of Notre Dame |
| 5 | Board of Directors, Past President | Federal Judges Association, |
| 6 | Judicial Advisory Committee, Chair | Just the Beginning Foundation |
| 7 | Board of Trustees | Museum of Science & Industry |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2009 | National Institute for Trial Advocacy - Salary | $17,600 00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1 | 2009 | Bank - Salary |
| 2 | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements )*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | SEE ATTACHED | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

## SECTION IV - Reimbursements

**NOTE:** USE THIS SIMILAR INFO WHEN FILLING AT NON-CASE RELATED FORM.

## Reimbursements for Meals, Hotel and Transportation Only

| Travel Dates | 2009 |
|---|---|
| January 31- Feb 7 | Louisville, CO<br>(Teacher - Trial Advocacy Program)<br>National Institute for Trial Advocacy |
| February 12 | Peoria, IL<br>(Speaker)<br>Peoria State Bar Association |
| February 19-20 | Washington, DC<br>(Board Meeting)<br>Equal Justice Works |
| March 2-4 | Washington, DC<br>(Panelist)<br>Global Forum for Women & Justice |
| March 20-23 | Irvine, CA<br>(Award Recipient - NBLSA)<br>National Black Law Students Association<br>School |
| April 13-14 | New York, NY<br>(Speaker)<br>Fordham Law School |
| April 22-25 | Louisville, CO<br>(Board Meeting)<br>National Institute for Trial Advocacy |

| | |
|---|---|
| April 27-29 | New York, NY<br>(Panelist - Global Forum for Women & Justice)<br>Virtue Foundation |
| April 29 | Toledo, OH<br>(Keynote Speaker)<br>Toledo Bar Association |
| May 4 | New Haven, CT<br>(Judge)<br>Yale Law School (Moot Court Finals) |
| June 8-9 | Washington, DC<br>(Board Meeting)<br>Federal Judges Association |
| June 11-12 | New York, NY<br>(Board Meeting)<br>Equal Justice Works |
| June 14-16 | Washington, DC<br>(Moderator)<br>American Jewish Congress |
| June 18-20 | Washington, DC<br>(Panelist)<br>American Constitution Society |
| July 14 | Just the Beginning Foundation<br>(High School Law Program)<br>Minneapolis, MN |
| July 20- Aug. 1 | Nairobi, Kenya<br>(Teaching - Program on Sexual Offences & Trial Management Advocacy)<br>Department of Justice |

| | |
|---|---|
| Sept 14 -17 | Wheeling, IL<br>(Teacher - Trial Advocacy Program)<br>National Institute for Trial Advocacy |
| Sept 19- Sept 26 | Kampala, Uganda<br>(Teaching - Judicial Training Program)<br>Department of Justice (OPDAT) |
| Sept 27- Oct 2 | Kilgali, Rwanda<br>(Judge - East African Moot Court Competition)<br>Fordham Law School |
| Oct. 18-22 | Wheeling, IL<br>(Teacher - Trial Advocacy Program)<br>National Institute for Trial Advocacy |
| Oct. 22-24 | Madison, WI<br>(Board Meeting)<br>National Institute for Trial Advocacy |
| Oct. 29-30 | Washington, DC<br>(Board Meeting)<br>Equal Justice Works |
| Nov. 5-6 | Atlanta<br>(Meeting)<br>Just the Beginning Foundation |
| Nov 14-17 | New York<br>(Lecturer - Leitner Center Program)<br>Fordham Law School |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts )*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. see pp 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 Citibank | Credit Card | J |
| 2. | | |
| 3 | | |
| 4. | | |
| 5 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | U.S Savings Bond | A | Interest | J | T | | | | | |
| 2 | Elgin State Bank - Accounts | B | Interest | M | T | | | | | |
| 3 | AT&T Common Stock | A | Dividend | J | T | | | | | . |
| 4. | LaSalle Bank - Account | A | Interest | K | T | | | | | |
| 5 | ▓▓▓▓▓▓▓ | A | Interest | K | T | | | | | |
| 6 | Mass Mutual Universal - Variable | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B ) and D4) | F $50,001 $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5 000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L $50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000 000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25 000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U -Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D C. 20544